IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEFFREY BRADSTOCK
and
TYRONE VANDERHALL,
    Plaintiffs,

vs.                                      Case No.: 3:15cv62/RV/EMT

ASHTON HAYWOOD, et al.
    Defendants.
_____/

**REPORT AND RECOMMENDATION**

    This civil rights action brought by non-prisoner pro se Plaintiffs Jeffrey Bradstock and Tyrone Vanderhall is before the court upon referral from the clerk.

    At the time Plaintiffs initiated this case on February 23, 2015, each Plaintiff filed a motion for leave to proceed in forma pauperis (docs. 2, 3).  The court denied these motions without prejudice to refiling properly completed applications (doc. 7).  Plaintiffs renewed their motions for leave to proceed in forma pauperis (docs. 9, 10), which on April 30, 2015, the court denied (docs. 11, 12).  In its April 30, 2015, order the court also gave Plaintiffs thirty (30) days in which to pay the filing fee in the amount of $400.00 (*id.*).

    Plaintiffs failed to respond to the court's April 30, 2015, order.  Therefore, on June 10, 2015, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 13).  The time for compliance with the show cause order has now elapsed, and Plaintiffs have not have not paid the filing fee or otherwise responded.

    Accordingly, it is respectfully **RECOMMENDED**:

    That this case be **DISMISSED without prejudice** for Plaintiffs' failure to comply with an order of the court.

At Pensacola, Florida, this 22nd day of July 2015.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.** A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.